1  GARY R. GLEASON (State Bar #136167)
   MARGARET A. BURTON (State Bar #193386)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, California 94402-3518
4
   Telephone:  (650) 554-6200
5  Facsimile:   (650) 554-6240

6  Attorneys for Defendant
   AERIELLE, INC.
7

8

9
                                                                    *E-FILED - 8/20/07*
10

11                      UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

13

14  MONSTER CABLE PRODUCTS, INC.,    )   CASE NO. C 06-07797-RMW-HRL
    a California corporation,         )
15                                    )
            Plaintiff,                )   STIPULATION AND ORDER RE:
16                                    )   DISMISSAL WITH PREJUDICE
    vs.                               )
17                                    )
    AERIELLE, INC., a California      )
18  corporation and DOES 1-50, inclusive, )
                                      )
19          Defendants.               )
                                      )
20

---

1

STIPULATION AND ORDER RE:
DISMISSAL WITH PREJUDICE

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Monster Cable Products, Inc., and the defendant, Aerielle, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims, affirmative defenses and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

Dated: 8/17/07

LARIVIERE, GRUBMAN & PAYNE, LLP

By _____
ROBERT W. PAYNE
Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC

Dated: 8·16·2007

FARBSTEIN & BLACKMAN

By _____
GARY R. GLEASON
Attorneys for Defendant
AERIELLE, INC.

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Stipulated Motion for Dismissal With Prejudice of all claims, affirmative defenses and counterclaims asserted between the plaintiff, Monster Cable Products, Inc., and the defendant, Aerielle, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby:

2

STIPULATION AND ORDER RE:
DISMISSAL WITH PREJUDICE

1     ORDERED, ADJUDGED AND DECREED that all claims, affirmative defenses
2 and counterclaims asserted in this suit between the plaintiff, Monster Cable Products, Inc.,
3 and the defendant, Aerielle, Inc. are hereby dismissed with prejudice.

5     It is further ORDERED that all attorneys' fees and costs are to be borne by the
6 party that incurred them.

10 Dated: 8/20/07

*Ronald M. Whyte*
Ronald M. Whyte, Judge
United States District Court Judge